# EXHIBIT A

Facebook

facebook.com/photo/?fbid=1986755971502105&set=a.380394462138272




La Jarra Night Club
June 26, 2021 ·

▀▄▀ DOMINGO DE TARDEADA ▀▄▀

*NOS VEMOS EL DÍA DE MANANA EN EL LUGAR CON EL MEJOR AMBIENTE*

👑 LA 👑 JARRA 👑 NIGHT 👑 CLUB 👑

*TENDREMOS KARAOKE 🎤 Y TODA LA MÚSICA BARIADA A CARGO DE*

🎤🎧 DJ 🎤🎧 CHIPOL 🎤🎧

*TODO EMPIEZA EN PUNTO DE LAS 4:00p.m*

RECUERDEN QUE TENEMOS LAS MEJORES ESPECIALES EN LA BAR... **See more**

4 21

Write a comment...

Tuesday, December 10, 2024
Tue 3:00 PM (Local time)

# EXHIBIT B


Facebook
facebook.com/photo/?fbid=2400113696832995&set=a.380394462138272
Bienvenida de
DICIEMBRE
VIERNES
02
DIC
Restaurant Bar
La Jarra
Night Club
Merry Christmas
DJ CHIPOL
TOCANDO TODO TIPO DE MUSICA
BANDA // REGGAETON // LATINA // BACHATA // SALSA // ROCK
CHICAS GRATIS HASTA LAS 11
INFO Y RESERVAS//7205924260 7203416848
15491 E MISSISSIPPI AVE AURORA CO 80017
La Jarra Night Club
December 2, 2022 ·
Este Viernes 02 de Diciembre 2022... ESTAREMOS DISFRUTANDO DE ESTE GRAN AMBIENTE Amenizando MEZCLAS DE DJ CHIPOL, Banda, bachata, reggaeton, Latina, Salsa, Rock ... NO TE LO PUEDES PERDER... BUEN AMBIENTE... MUJERES ENTRAN GRATIS HASTA LAS 11:00pm...En donde siempre encontrarás gran ambiente solamente aquí en LA JARRA NIGHT CLUB.. TE Esperamos !!!
15491 E Mississippi Ave Aurora, Co 80017
Reservación de Mesa: 7205924260 7203416848
#auroracolorado #rumbalatina #denvercolorad... See more
7
Write a comment...
Tuesday, December 10, 2024
Tue 3:10 PM (Local time)
3:10 PM
12/10/2024

# EXHIBIT C

Instagram

instagram.com/p/CgR_cX2JYyj/

Instagram

Home
Search
Explore
Reels
Messages
Notifications
Create
Profile
AI Studio
Threads
More




lajarranightclub • Follow

lajarranightclub Edited • 123w
Y qué dijiste mi rey!!! Que hoy no hacíamos nada? My baby: hoy se Bebe... hoy se gasta!!!

Papi...!!!
#juebebes 😉 🍻 #juebebes #Jueves #jueves #musicalatina #musical #auroracolorado #partyland #partymusic
See translation

**No comments yet.**

Start the conversation.

July 21, 2022

Add a comment...

Tuesday, December 10, 2024

Tue 3:12 PM (Local time)

3:12 PM
12/10/2024

Instagram

instagram.com/p/CgZo0yuLxlV/

Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile
- AI Studio
- Threads
- More




lajarranightclub • Follow

**lajarranightclub** 124w
Seguimos razaaaa.... Noche Mexicana... hoy... no te lo puedes perder mi razaaaa...!!!

#tarde #domingo #familiar #lajarra #rumba #bailes #colorado #aurora #denver
See translation

**No comments yet.**

Start the conversation.

1 like
July 24, 2022

Add a comment...

Tuesday, December 10, 2024
Tue 3:12 PM (Local time)

3:12 PM
12/10/2024

Instagram ×  +

instagram.com/p/Ch9yWnRupva/

Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile
- AI Studio
- Threads
- More




lajarranightclub • Follow ···

lajarranightclub 118w
Y qué dijiste mi rey!!! Que hoy no hacíamos nada? My baby: hoy se Bebe... hoy se gasta!!!

Papi...!!!
#juebebes 😉 🍺 #juebebes #Jueves #jueves #musicalatina #musical #auroracolorado
See translation

**No comments yet.**

Start the conversation.

4 likes
September 1, 2022

Add a comment...

Tuesday, December 10, 2024
Tue 3:12 PM (Local time)

3:12 PM
12/10/2024

Instagram

instagram.com/p/CiQRl9MDnBh/

Instagram

Home

Search

Explore

Reels

Messages

Notifications

Create

Profile

AI Studio

Threads

More




lajarranightclub • Follow
Maná • Me Vale

lajarranightclub 117w
My baby: hoy se Bebe... hoy se gasta!!!

Papi...!!!
#juebebes😉 🍺 #juebebes #Jueves
#jueves #musicalatina #musical
#auroracolorado
See translation

**No comments yet.**

Start the conversation.

6 likes
September 8, 2022

Add a comment...

Tuesday, December 10, 2024

Tue 3:13 PM (Local time)

3:13 PM
12/10/2024


Facebook
facebook.com/photo.php?fbid=1038266658302301&set=pb.100063569291446.-2207520000&type=3
29 AGO
Jueves
KARAOKE NIGHT
La Jarra
LUNA
TOCANDO TODO TIPO DE MUSICA
REGGAETON | ROCK | BACHATA | SALSA
ENTRADA GRATIS || MESAS DE BILLAR GRATIS
HORA FELIZ DE 4A 8PM
1 MARGARITA GRATIS PARA ELLAS DE 8 A 10PM
7205924260 | 7203416848
15491 E MISSISSIPPI AVE AURORA CO 80017
La Jarra Night Club
August 28 ·
Ya casi despidiendo el mes
Donde mejor que en tu Club Favorito La Jarra Night Club
Tocando todo tipo de música
Así es raza TODO TIPO DE MÚSICA
Usted pida la rola de su preferencia para bailar, cantar o escuchar
Disfruta de nuestras mesas de billar cortesía de la casa
Damitas una margarita gratis de 8 a 10
Happy Hour de 4 a 8... See more
5
2
Write a comment...
Tuesday, December 10, 2024
Tue 3:13 PM (Local time)
3:13 PM
12/10/2024

Facebook

facebook.com/photo.php?fbid=945794194216215&set=pb.100063569291446.-2207520000&type=3




La Jarra Night Club

April 21 ·

Cierra tu semana con broche de oro y ven a escuchar bailar o cantar todo tipo de música
Además juega billar gratis
Disfruta de rica comida
Happy Hour de 4 a 8 y Damitas una margarita gratis de 8 a 10 aquí te esperamos

5

Write a comment...

Tuesday, December 10, 2024

Tue 3:14 PM (Local time)

3:14 PM
12/10/2024

Facebook

facebook.com/photo.php?fbid=865788088883493&set=pb.100063569291446.-2207520000&type=3




**La Jarra Night Club**
December 27, 2023 ·

Que siga la parranda qué todavía nos queda año por gozar
Damitas una margarita gratis de 8 a 10
Happy Hour de 4 a 8
Tocando todo tipo de música
Bailala, cantala o escuchala
Los mejores tragos de la ciudad además ricos antojitos estilo La Jarra
Aquí nos vemos

7 · 1

Write a comment...

Tuesday, December 10, 2024
Tue 3:14 PM (Local time)

3:14 PM
12/10/2024

Facebook

facebook.com/photo.php?fbid=797807825681520&set=pb.100063569291446.-2207520000&type=3




**La Jarra Night Club**
September 17, 2023 ·

Sigue celebrando el grito, donde más que en su Club favorito La Jarra Night, Dominguito lindo de noches Latinas, donde se complace, se canta, se pide canciones al gusto Happy Hour de 4 a 8 y Damitas una margarita gratis de 8 a 10, aquí nos vemos!!!!

6 2

Most relevant

Most relevant is selected, so some comments may have been filtered out.

Write a comment...

Tuesday, December 10, 2024

Tue 3:14 PM (Local time)

3:14 PM
12/10/2024

Facebook

facebook.com/photo.php?fbid=767996971995939&set=pb.100063569291446.-2207520000&type=3




**La Jarra Night Club**
August 2, 2023 ·

Ya comienza el fin de semana y tu Club Favorito está preparado y listo para que la pases de lo mejor comenzando este Jueves Ladies Night, una margarita gratis para las Damitas, cover gratis toda la noche,kareoke, complacencias y más. El mejor servicio y los mejores tragos de la ciudad, agarra la Jarra con nosotros, te esperamos

6 4 4

Most relevant

Most relevant is selected, so some comments may have been filtered out.

Write a comment...

Tuesday, December 10, 2024

Tue 3:15 PM (Local time)

3:15 PM
12/10/2024

Facebook

facebook.com/photo.php?fbid=763588795770090&set=pb.100063569291446.-2207520000&type=3




**La Jarra Night Club**
July 26, 2023 ·

Agarra la Jarra este Jueves en tu Night Club favorito, La Jarra Night Club, Kareoke, complacencias, música de ambiente, botana, los mejores tragos de la ciudad con el mejor servicio y el gran ambiente de DJ Luna. Damitas margaritas gratis hasta las 10 pm, cover gratis toda la noche, Los esperamos!!!

5

Write a comment...

Tuesday, December 10, 2024

Tue 3:15 PM (Local time)

3:15 PM
12/10/2024

Facebook

facebook.com/photo.php?fbid=759459139516389&set=pb.100063569291446.-2207520000&type=3




**La Jarra Night Club**
July 20, 2023 ·

Está Noche
Acompáñanos en esta divertida noche de Karaoke
Pide las canciones que gustes escuchar o cantar ya que DJ Luna te estará complaciendo con las mejores mezclas de reggaeton rock bachata y salsa
Damas primera Margarita gratis hasta las 10pm
Hora Feliz de 4pm-8pm
Te esperamos en tu club La Jarra
No te lo puedes perder!

15491 E Mis... **See more**

4

Write a comment...

Tuesday, December 10, 2024
Tue 3:15 PM (Local time)

3:15 PM
12/10/2024

Facebook

facebook.com/lajarranightclub/photos/pb.100063569291446.-2207520000/2566066070237756/?type=3




**La Jarra Night Club**
July 13, 2023 ·

‼️ Está Noche ‼️
Acompáñanos en esta divertida noche de 🎤 Karaoke 🎤
Pide las canciones que gustes escuchar o cantar ya que 🎧DJ Kachanguero 🎧 te estará complaciendo con las mejores mezclas de reggaeton rock 🎸 bachata y salsa
Damas primera Margarita gratis hasta las 10pm
Hora Feliz de 4pm-8pm
Te esperamos en tu club La Jarra
No te lo puedes perder!

15491 E Mis... **See more**

5 1

Write a comment...

Tuesday, December 10, 2024
Tue 3:15 PM (Local time)

3:15 PM
12/10/2024

Facebook

facebook.com/lajarranightclub/photos/pb.100063569291446.-2207520000/2552926014885095/?type=3




**La Jarra Night Club**
June 25, 2023 ·

‼️Está Noche‼️
Acompáñanos hoy **#domingo** a ponerle cierre a tu fin de semana! **#Club** **#LaJarra** te invita a disfrutar de nuestra **#NocheDeKaraoke** 🎤
Disfruta de las mejores mezclas de 🎧DJ Luna🎧
**#especialdecubeta** 🍾 $25
**#Margaritas** 🍹 gratis para ellas 🙆 hasta las 10Pm
No te lo pierdas!

Para ... **See more**

3 1

Most relevant

Top fan
**Cindy Rodriguez**
Van a poner elmpartido de Honduras alli

1y **Like** Reply

Write a comment...

Tuesday, December 10, 2024

Tue 3:15 PM (Local time)

3:15 PM
12/10/2024


Facebook
facebook.com/lajarranightclub/photos/pb.100063569291446.-2207520000/2498257307018633/?type=3
REGGAETON // ROCK // BACHATA // SALSA
KARAOKE
Night
Abril
06
JUEVES
KARAOKE
DJ LUNA
Restaurant Bar
La Jarra
Night Club
DISFRUTA TUS ESPECILAES CON LAS MESERAS MAS LINDAS DE LA CUIDAD
TODO MUNDO GRATIS//MUJERES MARGARITA GRATIS HASTA 10PM
INFO Y RESERVAS//7205924260 7203416848
15491 E MISSISSIPPI AVE AURORA CO 80017
La Jarra Night Club
April 6, 2023 ·
Jueves 6 de Abril
Tus amigos de club La Jarra te invitan a nuestra gran noche de Karaoke
Pide las canciones que gustes escuchar o cantar ya que Dj Luna te estará complaciendo con las mejores mezclas de reggaeton rock bachata y salsa
Damas disfruten de unas ricas margaritas gratis hasta las 10 pm
Disfruta de las mejores especiales con las meseras más lindas de la ciudad
Te esperamos en tu club La Jarra
No te lo puedes perder!
Entrada gratis
... See more
8
1
Write a comment...
Tuesday, December 10, 2024
Tue 3:16 PM (Local time)
3:16 PM
12/10/2024


Facebook
facebook.com/lajarranightclub/photos/pb.100063569291446.-2207520000/2497555417088822/?type=3
Jueves
REGGAETON / ROCK / BACHATA / SALSA
KARAOKE
Night
Abril
06
JUEVES
La Jarra
Night Club
KARAOKE
DJ LUNA
DISFRUTA TUS ESPECILAES CON LAS MESERAS MAS LINDAS DE LA CUIDAD
TODO MUNDO GRATIS/ MUJERES MARGARITA GRATIS HASTA 10PM
INFO Y RESERVAS/ 7205924260 7203416848
La Jarra Night Club
April 5, 2023
8
1
Write a comment...
Tuesday, December 10, 2024
Tue 3:16 PM (Local time)
3:16 PM
12/10/2024

Facebook

facebook.com/lajarranightclub/photos/pb.100063569291446.-2207520000/2495707773940253/?type=3




**La Jarra Night Club**
April 2, 2023 ·

Está Noche
Tus amigos de club La Jarra te invitan a despedir el finde semana con el mejor ambiente.
DJ Luna te estará complaciendo toda la noche con las mejores mezclas. Pida las canciones que guste!
Mujeres gratis toda la noche!
Te esperamos aquí en tu club
La Jarra No te lueo es perder!

Para reservaciones de mesa y paquetes especiales de cumpleaños favor de comunicarse a:
720-592-4260
720-... **See more**

5 1

Write a comment...

Tuesday, December 10, 2024
Tue 3:16 PM (Local time)

3:16 PM
12/10/2024


Facebook
facebook.com/lajarranightclub/photos/pb.100063569291446.-2207520000/2481876561990041/?type=3
NOCHES LATINAS
Restaurant Bar
La Jarra
Night Club
ALTITUDE
12 Domingo MAR
DJ LONA
MIGUEL ALCOCER
TODO MUNDO GRATIS//MUJERES MARGARITA GRATIS HASTA 10PM
INFO Y RESERVAS//7205924260 7203416848
15491 E MISSISSIPPI AVE AURORA CO 80017
La Jarra Night Club
March 12, 2023 ·
Está Noche
Termina tu fin de semana con broche de oro en tu club La Jarra Estaremos despidiendo el fin de semana con las mejores mezclas junto a DJ Chipol y DJ Miguel Alcocer
Cuenta con entrada gratis
Damas recibirán margaritas gratis hasta las 10pm
No te lo puedes perder! Te esperamos aquí en tu club La Jarra
Para reservación de mesa o paquetes especiales de cumpleaños favor de comunicarse a:
720-592-42... See more
7
2
Write a comment...
Tuesday, December 10, 2024
Tue 3:16 PM (Local time)
3:16 PM
12/10/2024

Facebook

facebook.com/lajarranightclub/photos/pb.100063569291446.-2207520000/2387848201392878/?type=3




La Jarra Night Club
November 17, 2022 ·

🍺 Este Jueves 17 de Noviembre 2022 NOCHES LATINAS... REGGAETON, ROCK, BACHATA,💃... DJ LUNA 🎶... espectacular noche con el mejor ambiente, ven con tus amistades, familiares o conocidos a pasarla increíble...gran noche LATINA 🎤..NO FALTES... Diversión garantizada TODOS ENTRAN GRATIS... Gran ambiente solamente aquí en LA JARRA NIGHT CLUB.. TE Esperamos !!! 🙋

🍺15491 E Mississippi Ave Aurora, Co 80017
Reservación de Mesa: 7205924260 7203416848
🍺

**#auroracolorado #rumbalatina #denvercolorad... See more**

👍 3

Write a comment...

Tuesday, December 10, 2024

Tue 3:16 PM (Local time)

3:16 PM
12/10/2024

Facebook

facebook.com/lajarranightclub/photos/pb.100063569291446.-2207520000/2324319961079036/?type=3




**La Jarra Night Club**
September 7, 2022 ·

Este Jueves 08 de Septiembre 2022 NO TE LO PUEDES PERDER, Tendremos el mejor karaoke night, REGGAETON, ROCK, BACHATA, SALSA para que disfrutes de está espectacular noche ..gran noche de karaoke ..NO FALTES... Diversión garantizada Todos entran gratis, MUJERES MARGARITAS GRATIS hasta las 10:00pm... Gran ambiente solamente aquí en LA JARRA NIGHT CLUB.. TE Esperamos !!!

15491 E Mississippi Ave Aurora, Co 80017
Reservación de Mesa: 7205924260 7203416848

**#auroracolorado #... See more**

5 7

Write a comment...

Tuesday, December 10, 2024
Tue 3:17 PM (Local time)

3:17 PM
12/10/2024

Facebook

facebook.com/lajarranightclub/photos/pb.100063569291446.-2207520000/2319432901567742/?type=3




**La Jarra Night Club**
September 1, 2022 ·

Y qué dijiste mi rey!!! Que hoy no hacíamos nada? My baby: hoy se Bebe... hoy se gasta!!!

Papi...!!!
**#juebebes 😉🍺 #juebebes #Jueves #jueves #musicalatina #musical #auroracolorado**

6

Write a comment...

Tuesday, December 10, 2024
Tue 3:17 PM (Local time)

3:17 PM
12/10/2024

Facebook

facebook.com/lajarranightclub/photos/pb.100063569291446.-2207520000/2319025401608492/?type=3




**La Jarra Night Club**

August 31, 2022 ·

Jueves 01 de Septiembre 2022 karaoke night, REGGAETON, ROCK, BACHATA, SALSA ..gran noche de karaoke ..NO FALTES... Diversión garantizada Todos entran gratis, MUJERES MARGARITAS GRATIS hasta las 10:00pm... Gran ambiente solamente aquí en LA JARRA NIGHT CLUB.. TE Esperamos !!!

15491 E Mississippi Ave Aurora, Co 80017
Reservación de Mesa: 7205924260 7203416848

**#auroracolorado #rumbalatina #denvercolorado #lajarra #nightclub #karaoke #JuevesDeKaraoke #regueton #rock #bachata #salsa**

8 1

Write a comment...

Tuesday, December 10, 2024

Tue 3:17 PM (Local time)

3:17 PM
12/10/2024


Facebook
facebook.com/lajarranightclub/photos/pb.100063569291446.-2207520000/2289867394524293/?type=3
DOMINGO
24
JULIO
Restaurant Bar
La Jarra
Night Club
Latinas
NOCHES
LUNA
TODO MUNDO GRATIS
MARGARITAS GRATIS HASTA LAS 9PM
INFO Y RESERVAS//7205924260 7203416848
15490 E MISSISSIPPI AVE. AURORA CO. 80017
La Jarra Night Club
July 24, 2022 ·
Seguimos razaaaa.... Noche Mexicana... hoy... no te lo puedes perder mi razaaaa...!!!
#tarde #domingo #familiar #lajarra #rumba #bailes #colorado #aurora #denver
5
1
Write a comment...
Tuesday, December 10, 2024
Tue 3:17 PM (Local time)
3:17 PM
12/10/2024


Facebook
facebook.com/lajarranightclub/photos/pb.100063569291446.-2207520000/2287562164754816/?type=3
Karaoke
Jueves
La Jarra
Restaurant Bar
Night Club
21
JUE//JUL
LUNA
REGGAETON // ROCK // BACHATA // SALSA
MARGARITAS GRATIS HASTA LAS 10PM
EL MEJOR CANTANTE RECIBIRA PREMIO AL MEJOR CANTANTE
INFO Y RESERVAS // 7205924260 7203416848
15491 E MISSISSIPPI AVE AURORA CO 80017
La Jarra Night Club
July 21, 2022 ·
Y qué dijiste mi rey!!! Que hoy no hacíamos nada? My baby: hoy se Bebe... hoy se gasta!!!
Papi...!!!
#juebebes😉🍺 #juebebes #Jueves #jueves #musicalatina #musical #auroracolorado #partyland #partymusic
4
2
Write a comment...
Tuesday, December 10, 2024
Tue 3:18 PM (Local time)
3:18 PM
12/10/2024

# EXHIBIT D


Facebook
facebook.com/lajarranightclub/photos/pb.100063569291446.-2207520000/2125091264335241/?type=3
JUEVES 23 DICIEMBRE
Restaurant Bar La Jarra Night Club
TODOS ENTRAN GRATIS
DJ LUNA
NOCHE DE REGGAETON
FIESTA PRE NAVIDEÑA
SHOTS DE TEQUILA A MEDIA NOCHE
KARAOKE
MARGARITAS GRATIS PARA ELLAS HASTA LA MEDIA NOCHE
RESERVACIONES 720 592 4260 // 720 341 6848
15491 E MISSISSIPI AVE. UNIT A, AURORA CO 80017
La Jarra Night Club
December 20, 2021
TE ESPERAMOS ESTE JUEVES 23 A ESTE FIESTA PRENAVIDEÑA
PARA CONSENTIR A ELLAS CON MARGARITAS GRATIS HASTA LA MEDIA NOCHE Y DESPUES SHOTS EN UNA NOCHE LLENA DE #REGGAETON #KARAOKE Y #COMPLACENCIAS PARA TOD@S Y EN LOS CONTROLES TENDREMOS A DJ LUNA oficial TOCANDO LO MEJOR PARA TI TE ESPERAMOS RESERVA YA...!!!!
6
3
Write a comment...
Tuesday, December 10, 2024
Tue 3:32 PM (Local time)
3:32 PM
12/10/2024

# EXHIBIT E

Facebook

facebook.com/photo/?fbid=1979640332213669&set=a.380394462138272




La Jarra Night Club
June 18, 2021 ·

#LA__JARRA__NIGHT__CLUB__PRESENTA

#UN_SABADO_DE_SUPER_LUJO

NOS VEMOS ESTE SÁBADO SABROSO EN EL LUGAR CON EL MEJOR AMBIENTE

#LA__JARRA__NIGHT__CLUB
... See more

9 2 15

Most relevant

Gustavo Tapia Castillo
Aber cuando invita Tocayo😎
3y Like Reply Edited

La Jarra Night Club replied · 1 Reply

Write a comment...

Tuesday, December 10, 2024
Tue 3:00 PM (Local time)

3:00 PM
12/10/2024

Facebook

facebook.com/photo/?fbid=1974987939345575&set=a.380394462138272




La Jarra Night Club

June 12, 2021 ·

*NOS__VEMOS__MANAÑA__SI__MAÑANA*

SABADO DE BANDA

*VS*

SIERREÑO

*A DEMÁS EN LAS MEZCLAS*

DJ CHIPOL

*EN EL LUGAR CON EL MEJOR A*... See more

6

3

Write a comment...

Tuesday, December 10, 2024

Tue 3:00 PM (Local time)

3:00 PM
12/10/2024

Facebook

facebook.com/lajarranightclub/photos/pb.100063569291446.-2207520000/1780522155458822/?type=3




**La Jarra Night Club**
October 19, 2020 ·

🎊🔥💥 INICIAMOS NUESTRO FIN DE SEMANA DESDE ESTE JUEVES 22 DE OCTUBRE CON NUESTRO 👠💄💋 **#LADIES_NIGHT** 💋💄👠 Y 🎤**#KARAOKE_NIGHT**🎤 EN DONDE REALMENTE TE CONSENTIMOS PARA **#ELLAS** 🍸 MARGARITAS 🍸 **#GRATIS** HASTA LAS 11PM Y POR FUERA POCO PARA UN GRUPO DE 6 CHICAS LA CASA TE REGALA UNA 🍾**#BOTELLA** O SI CUMPLES AÑOS SE TE REGALA UNA BOTELLA 🍾
ADEMAS EL MEJOR AMBIENTE Y MUSICA A CARGO DE 🎧 **DJ LUNA oficial** 🌙 SIN DUDA ALGUNA TU MEJOR OPCION PARA ESTE JUEVES ES TU CLUB ONTOOY 🤵 TE ESPERAMOS Y R...
**See more**

4 1 3

Most relevant

Write a comment...

Tuesday, December 10, 2024
Tue 3:33 PM (Local time)

3:33 PM
12/10/2024

# EXHIBIT F

Instagram

instagram.com/p/CgkfDtTjial/

Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile
- AI Studio
- Threads
- More




lajarranightclub • Follow
Rauw Alejandro, Chencho Corleone • De...

lajarranightclub 123w
Y qué dijiste mi rey!!! Que hoy no hacíamos nada? My baby: hoy se Bebe... hoy se gasta!!!

Papi...!!!
#juebebes 😋 👉 #juebebes #Jueves #jueves #musicalatina #musical #auroracolorado #partyland #partymusic
See translation

**No comments yet.**
Start the conversation.

1 like
July 28, 2022

Add a comment...

Tuesday, December 10, 2024
Tue 3:38 PM (Local time)

3:38 PM
12/10/2024


Facebook
facebook.com/photo.php?fbid=921153653346936&set=pb.100063569291446.-2207520000&type=3
La Jarra Night Club
Noches LATINAS
DOM-MAR 17
LUNA
HORA FELIZ DE 4 A 9 PM - MESAS DE BILLAR GRATIS
TOCANDO TODO TIPO DE MUSICA
REGGAETON // ROCK // BACHATA // SALSA
1 MARGARITA GRATIS PARA ELLAS DE 8PM A 10PM
7205924260 - 7203416848
15491 E MISSISSIPPI AVE AURORA CO 80017
La Jarra Night Club
March 17 ·
Noches Latinas en tu Club Favorito La Jarra Night Club
Ven a disfrutar nuestras mesas de billar cortesía de la casa mientras disfrutas de tu cerveza bien fría
Pídela cantala bailala o escucha tu rola favorita
Happy Hour de 4 a 9
Damitas una margarita gratis de 8 a 10 aquí te esperamos
4
1
Write a comment...
Tuesday, December 10, 2024
Tue 3:39 PM (Local time)
3:39 PM
12/10/2024

Facebook

facebook.com/photo.php?fbid=916029737192661&set=pb.100063569291446.-2207520000&type=3




**La Jarra Night Club**
March 10 ·

Noches Latinas en tu Club Favorito La Jarra Night Club tocando todo tipo de música y sirviendo los mejores tragos de la ciudad además ricos antojitos estilo La Jarra
Pide una helada y disfruta de nuestras mesas de billar cortesía de la casa
Happy Hour de 4 a 9
Damitas una margarita gratis de 8 a 10 aquí te esperamos
No Faltes

3

Write a comment...

Tuesday, December 10, 2024

Tue 3:39 PM (Local time)

3:39 PM
12/10/2024


Facebook
facebook.com/photo/?fbid=806012988194337&set=a.754870843308552
Restaurant Bar
La Jarra
Night Club
KARAOKE
Night
JUE
28
SEP
AWESOME
DJ LUNA
TOCANDO TODO TIPO DE MUSICA
REGGAETN//ROOK//BACHATA//SALSA
MUJERES MARGARITA DE 8PM A 10PM
7205924260 7203416848
15491 E MISSISSIPPI AVE AURORA CO 80017
La Jarra Night Club
September 28, 2023 ·
Arranca el fin de semana con buena música y buen ambiente en tu Club Favorito La Jarra Night Club, tocando todo tipo de música, karaoke y complacencias, Happy Hour de 4 a 8 ven y comienza con todo, te esperamos!!
5
Write a comment...
Tuesday, December 10, 2024
Tue 3:41 PM (Local time)
3:41 PM
12/10/2024

# EXHIBIT G


Facebook
facebook.com/lajarranightclub/videos/617927699660174
DOMINGO
31
JULIO
La Jarra
LADIES NIGHT
LONA
Unleashed.
INFO Y RESERVAS//7205924260 7203416848
0:08 / 0:20
La Jarra Night Club
July 31, 2022
Domingo 31 de Julio 2022 noche de Ladies night..NO FALTES... Damas entran gratis hasta las 9:00pm... ...
See more
4
157
Like
Comment
Share
Comments
See all
Write a comment...
Monday, December 16, 2024
Mon 7:46 PM (Local time)
7:46 PM
12/16/2024


Instagram
instagram.com/p/CgsNEMajvsE/
Instagram
Home
Search
Explore
Reels
Messages
Notifications
Create
Profile
AI Studio
Threads
More
DOMINGO 31 JULIO
La Jarra
LADIES NIGHT
LUNA
MUJERES GRATIS HASTA 9PM
INFO Y RESERVAS//7205924260 7203416848
lajarranightclub • Follow
Farruko • Pepas
lajarranightclub 124w
Seguimos razaaaa.... Noche Mexicana... hoy... no te lo puedes perder mi razaaaa...!!!
#tarde #domingo #familiar #lajarra #rumba #bailes #colorado #aurora #denver
See translation
No comments yet.
Start the conversation.
1 like
July 31, 2022
Add a comment...
Monday, December 16, 2024
Mon 7:50 PM (Local time)
7:50 PM
12/16/2024